**Dismissed and Opinion Filed July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00237-CV

## IN THE INTEREST OF I.T.G.D., M.X.D., AND J.E.J.D., CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-07413**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee and clerk's record in this case are past due. By postcard dated March 2, 2016, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By letter dated May 27, 2016, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation he had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

160237F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF I.T.G.D., M.X.D., AND J.E.J.D., CHILDREN

No. 05-16-00237-CV

On Appeal from the 303rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-08-07413.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee Saskia Cornelia Davis recover her costs of this appeal from appellant Malcolm Davis.

Judgment entered July 14, 2016.